IN RE APPEAL OF COASTAL RESOURCES
COMMISSION DECISION

No. 21P90

Case below: 96 N.C.App. 468

Petition by North Topsail Water and Sewer pursuant to G.S.
7A-31 denied 1 March 1990.

JOHNSON HOSIERY MILLS v. CAMERLENGO

No. 8P90

Case below: 96 N.C.App. 512

Petition by plaintiff for discretionary review pursuant to G.S.
7A-31 denied 1 March 1990.

KING v. CRANFORD, WHITAKER & DICKENS

No. 536P89

Case below: 96 N.C.App. 245

Petition by defendants for discretionary review pursuant to
G.S. 7A-31 denied 1 March 1990.

McDANIEL v. DIVISION OF MOTOR VEHICLES

No. 31P90

Case below: 96 N.C.App. 495

Petition by plaintiff for writ of certiorari to the North Carolina
Court of Appeals denied 1 March 1990.

MATHEWS v. BD. OF TRUSTEES OF ASHEVILLE
POLICEMEN'S FUND

No. 549P89

Case below: 96 N.C.App. 186

Petition by plaintiffs for discretionary review pursuant to G.S.
7A-31 denied 1 March 1990.